UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT McQUEEN         ) | |
| ) | |
| Plaintiff,      ) | |
| ) | |
| v.                               ) | 1:05-cv-02068-RMU |
| ) | |
| WOODSTREAM CORPORATION, ) | |
| ) | |
| Defendant.     ) | |

## PRAECIPE

Now comes plaintiff, Robert McQueen, and respectfully advises this Court that he no longer will be represented by Thomas Lee Peterson, Esquire, in the above captioned patent infringement matter. This case, filed on October 21, 2005, has languished, and plaintiff no longer desires to have it handled by Mr. Peterson.

Plaintiff will proceed pro se unless and until he is able to retain new counsel. Plaintiff, a small pest control business owner in Southeast Washington, D.C., lacks the financial means to afford new counsel, and is filing herewith a motion for appointment of counsel. Plaintiff is willing to submit whatever financial proof is needed for the Court to consider this request for appointment of Counsel.

Respectfully submitted,

-s- *Robert McQueen*

Robert McQueen

611 Raleigh Place, S.E.
1st Floor
Washington, D.C. 20032
202-562-2013

## CERTIFICATE OF SERVICE

This is to certify the above Praecipe noting plaintiff's per se status, was mailed, postage prepaid, this 5th day of July, 2006 to the following counsel"

Thomas Lee Peterson
ADORNO & YOSS, LLP
1000 Vermont Avenue, NW
Suite 450
Washington, DC 20005

_____
Robert McQueen