UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT MCQUEEN<br>Plaintiff | Civil Action No. 1:05-cv-02068-RMU |
| v. | |
| WOODSTREAM CORPORATION<br>Defendant | JURY DEMAND |

## MOTION TO WITHDRAW OF THOMAS L. PETERSON

NOW COMES the undersigned counsel and moves the Court for leave to withdraw from representation of Plaintiff Robert McQueen in this matter.

Plaintiff has filed a Praecipe advising the Court that he no longer desires to be represented by the undersigned and that he will proceed, pro se, if he is unable to afford new counsel. He has also asked the Court to appoint him new counsel.

The undersigned wishes to advise the Court that the lack of prosecution of this matter is based entirely on an ethical impasse between Counsel and Plaintiff. Counsel is reluctant to discuss the details of the impasse as it involves matters that are protected by the attorney client privilege, but would do so upon the Court's direction.

The instant Motion has been discussed with Plaintiff and he has no objection to it being granted.

RESPECTFULLY SUBMITTED this 10th day of July, 2006

                             ADORNO & YOSS, LLP

                             _____
                             Thomas L. Peterson
                             Bar No. 392,329
                             Suite 450
                             1000 Vermont Avenue, NW
                             Washington, DC 20005
                             (202) 408-5700
                             tpeterson@adorno.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 10, I served a copy of:

**MOTION TO WITHDRAW OF THOMAS L. PETERSON**

Via regular mail to:

Robert McQueen
611 Raleigh Place, S.E.
1st Floor
Washington, D.C. 20032

By: _____
Thomas L. Peterson
Adorno & Yoss, LLP
1000 Vermont Avenue, NW
Suite 450
Washington, D.C. 20005

UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT MCQUEEN<br>    Plaintiff | }<br>} Civil Action No. 1:05-cv-02068-RMU<br>} |
| v. | }<br>} |
| WOODSTREAM CORPORATION<br>    Defendant | }<br>} JURY DEMAND<br>} |

Upon the reading and consideration of the Motion to Withdraw of Thomas L. Peterson;

IT IS HEREBY ORDERED that the motion is granted.

_____
Ricardo M. Urbina
U.S. District Judge

Order Entered: _____