UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT McQUEEN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) 1:05-cv-02068-RMU<br>)<br>WOODSTREAM CORPORATION, )<br>)<br>Defendant. )<br>) | |

**Supplemental Memorandum to Motion for Appointment of Counsel**

Now comes plaintiff, Robert McQueen, and respectfully supplements his request for appointment of counsel in this complex patent infringement case. I am unfamiliar with the practices of this particular Court, however, I am advised that Judge Royce Lambert has accessed the pro bono counsel list to aid in representing pro se plaintiffs with complex litigation (employment litigation in particular). I humbly and respectfully request that this avenue of potential counsel to advance my case be considered.

Thank you.

Respectfully submitted,

*(signature)*
Robert McQueen
611 Raleigh Place, S.E.
1st Floor
Washington, D.C. 20032
202-562-2013

**RECEIVED**
JUL 1 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT