UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT McQUEEN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>WOODSTREAM CORPORATION, )<br>)<br>Defendant. )<br>)<br>) | 1:05-cv-02068-RMU |

### PLAINTIFF'S MOTION FOR TIME TO SERVE COMPLAINT AND SUMMONS

Now comes plaintiff, Robert McQueen, pro se, and respectfully moves this Court, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, for an Order granting plaintiff sixty (60) days to serve the Summons and Complaint in the above captioned matter. Plaintiff does not have proof that the Summons and Complaint have been served on defendant by plaintiff's former counsel, nor has proof been filed with this Court. More than 120 days have elapsed since the issuance of the Summons and Complaint. Accordingly, time is needed to insure that the Summons and Complaint have been served.

Respectfully submitted,

*/s/ Robert McQueen*

Robert McQueen
Plaintiff, Pro Se
611 Raleigh Place, S.E.
1st Floor
Washington, D.C. 20032
202-562-2013

RECEIVED
JUL 2 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT McQUEEN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) 1:05-cv-02068-RMU<br>)<br>WOODSTREAM CORPORATION, )<br>)<br>Defendant. )<br>)<br>) | |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR TIME TO SERVE COMPLAINT AND SUMMONS

Plaintiff needs time to make certain that the Summons and Complaint in this matter have been served. Plaintiff has requested on several occasions to have his former counsel provide him with a copy of any Affidavit of Service of the Summons and Complaint. Despite numerous promises for same, it has not been provided. As the Court will note, no affidavit of service or similar proof of service has been filed in this matter.

Plaintiff is now concerned about the service of the Summons and Complaint. He is taking steps to serve a copy of the Complaint and Summons on defendant Woodstream, Inc.

Plaintiff is aware that a Summons and Complaint are to be served within 120 days from their issuance. The Summons and Complaint in this matter were issued on October 21, 2005. More than 120 days has elapsed since the issuance of the Summons and Complaint.

Accordingly, an Order granting plaintiff 60 days from its entry to serve a copy of the

2

Summons and Complaint would provide the plaintiff with sufficient time to do so.

>Respectfully submitted,
>
>*[signature]*
>
>Robert McQueen
>Plaintiff, Pro Se
>611 Raleigh Place, S.E.
>1st Floor
>Washington, D.C. 20032
>202-562-2013