3

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT McQUEEN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | 1:05-cv-02068-RMU |
| ) | |
| WOODSTREAM CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This Court, have considered Plaintiffs's Motion for Time to Serve Summons and Complaint, and for the reasons stated therein, hereby grants said motion. Plaintiff shall have 60 days from the entry of this Order to serve a copy of the Complaint and Summons on defendant Woodstream, Inc.

_____
'U.S. District Court Judge

Copies to:

Robert McQueen
611 Raleigh Place, S.E.
1st Floor
Washington, D.C. 20032