# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT MCQUEEN,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>WOODSTREAM CORPORATION,  )<br>69 N. Locust Street  )<br>Lititz, PA 17543  )<br>  )<br>    Defendant.  )<br>_____) | Civil Action No. 1:05-CV-2068<br><br>Judge Ricardo M. Urbina |

## **CERTIFICATE REQUIRED BY LOCAL RULE 7.1**

I, the undersigned, counsel of record for Defendant Woodstream Corporation, certify that to the best of my knowledge and belief, there are <u>no</u> parent companies, subsidiaries or affiliates of Woodstream Corporation which have any outstanding securities in the hands of the public.

                                                Respectfully submitted,

                                                / s /

                                              _____
                                              Harvey B. Jacobson, Jr.
                                               (D.C. Bar No. 54577)

                                              Philip L. O'Neill
                                               (D.C. Bar No. 941823)
                                              JACOBSON HOLMAN PLLC
                                              400 Seventh St., N.W.
                                              Washington, D.C. 20004-2218
                                              Tel.: (202) 626-4681
                                              Fax: (202) 393-5350


                                              Attorneys for Defendant
                                              Woodstream Corporation

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of August, 2006, I caused a true and correct copy of the foregoing CERTIFICATE REQUIRED BY LOCAL RULE 7.1 to be served by first class U.S. mail, postage prepaid, upon:

>Robert McQueen
>c/o Robin Services, Inc.
>611 Raleigh Street, S.E.
>1st Floor
>Washington, D.C. 20032
>
>*Pro Se*

>*/ s /*
>_____
>Philip L. O'Neill