UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT McQUEEN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>WOODSTREAM CORPORATION, )<br>)<br>Defendant. )<br>)<br>) | 1:05-cv-02068-RMU |

## PRAECIPE

Now comes plaintiff, Robert McQueen, and respectfully files the attached Affidavit of Service of the Summons and Complaint in the above captioned matter.

Respectfully submitted,

Robert McQueen
611 Raleigh Place, S.E.
1st Floor
Washington, D.C. 20032
202-562-2013

## CERTIFICATE OF SERVICE

This is to certify the above Praecipe attaching the Affidavit of Service, was mailed, postage prepaid, this 14th day of November, 2006 to the following counsel:

Harvey B. Jacobson, Jr., Esquire

JACOBSON HOLMAN, PLLC
400 Seventh Street, NW
Suite 450
Washington, DC 20004

_____
Robert McQueen

# PROCESS SERVICE FIELD SHEET

**Type Service:** ☒ **Standard**   ☐ **Priority Rush**   Field Sheet # 2529

SERVE: WOODSTREAM, CORP.

ADDRESS: 69 N. Locus St., Lititz, PA 17543

Type of Serve Requested: CORPORATE

| Date | Time |
|---|---|
| 1. 10/16/2006 | 12:40 P.M. |
| Results: Corporate Serve Completed | |
| 2. | |
| Results: | |
| 3. | |
| Results: | |

**Person Being Served, Please Read And Sign Below.**

By signing below I confirm having been served and hereby accept receipt of the documents served on me or on behalf of the person/company named on the court documents, after I properly identified myself to the Server.

_Hilary Kreider_  Purchasing Analyst
Signature of Person Served

Hilary Kreider
Print Name

Are You in The Military? ☐ Yes ☒ No

## Description of Person Served

Age 30'S  Sex M - (F)  Race C  Height 5'6"  Weight 140  Hair Blonde  Eyes Blue  Glasses Y - (N)

Other Identifying Information: NONE

Type of Service Completed: CORPORATE

**Comments:** Corporate serve completed signature of acceptance was obtained.

COMPLETED

Witness Fee Attached: NO x  YES ___  Check # ___  Amount $ ___

Date Received: 10/14/2006
Date of 1st Attempt: 10/16/2006
Total Attempts Made To Complete: 1
Date Returned to Client: 10/19/2006

Frank A. Olivieri
_Frank A. Olivieri_
Process Serve Agent's Signature

10/16/2006
Date

Nov 15 06 02:04p    Leroy Jenkins          202-806-9126         p.1
Oct 20 06 01:15p    HI-TECH PRIVATE INVESTIGA  6  406-0200      p.3
Oct 19 06 02:3      Leroy Jenkins          2   806-9126         p.3

Case 1:05-cv-02068-RMU   Document 10   Filed 11/16/2006   Page 4 of 4

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me | OCTOBER 16, 2006 12:40PM |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Frank A. Olivieri | Process Server |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: WOODSTREAM CORPORATION, 69 North LOCUS ST. LITITZ, PA 17543. c/o HILARY KREIDER.

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): HILARY KREIDER, PURCHASING ANALYST for CORPORATION.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/19/2006    *[signature]*
            Date            Signature of Server

PO BOX 3683, Reading PA
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.