UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT McQUEEN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) 1:05-cv-02068-RMU |
| | ) |
| WOODSTREAM CORPORATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## PRAECIPE

Now comes plaintiff, Robert McQueen, pursuant to Rule 15, of the Federal Rules of Civil Procedure, and files the attached Amended Complaint in the above captioned matter. No responsive pleading has been filed in this matter, and plaintiff is permitted without leave of Court to amend his complaint one time prior to the filing of an Answer or other responsive pleading.

Respectfully submitted,

Robert McQueen
611 Raleigh Place, S.E.
1st Floor
Washington, D.C. 20032
202-562-2013

## CERTIFICATE OF SERVICE

RECEIVED

NOV 16 2006

This is to certify the above Praecipe attaching the Amended Complaint, was mailed, postage prepaid, this 14th day of November, 2006 to the following counsel:

>Harvey B. Jacobson, Jr., Esquire
>JACOBSON HOLMAN, PLLC
>400 Seventh Street, NW
>Suite 450
>Washington, DC 20004

*Robert McQueen*
Robert McQueen