UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT McQUEEN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>WOODSTREAM CORPORATION, )<br>)<br>Defendant. )<br>)<br>_____ ) | 1:05-cv-02068-RMU |

**PRAECIPE**

Now comes Plaintiff, Robert McQueen, and respectfully responds to the Court's Order of August 30, 2006. In that Order, the Court required plaintiff to advise it of plaintiff's efforts to obtain counsel. Plaintiff, who has not had access to electronic filing, only learned of this requirement when an associate faxed a copy of the Court's Docket to him on November 29, 2006.

Plaintiff has attempted to obtain counsel several times. Two occasions involved in-depth presentations to prospective counsel. One occasion involved a less intensive presentation. In addition, Plaintiff has made telephone inquiry to several firms that advertised for patent infringement matters. All attempts have been unsuccessful. The two in-depth presentations were to firms that appeared very interested in the misappropriation count in the Complaint, and a suggested breach of implied contract count, now in the Amended Complaint. However, they were unwilling to take those claims on a contingency fee basis.

RECEIVED
DEC - 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff cannot afford to pay counsel for representation and can only arrange for a contingency fee or to represent myself. I again, respectfully implore this Court to consider appointment of pro bono counsel. Absent that development, my only recourse appears to be my attempts to represent myself.

Respectfully submitted,

*/s/ Robert McQueen*
Robert McQueen
611 Raleigh Place, S.E.
1st Floor
Washington, D.C. 20032
202-562-2013

## CERTIFICATE OF SERVICE

This is to certify the above Praecipe addressing attempts to obtain counsel, was mailed, postage prepaid, this 1st day of December, 2006 to the following counsel:

Harvey B. Jacobson, Jr., Esquire
JACOBSON HOLMAN, PLLC
400 Seventh Street, NW
Suite 450
Washington, DC 20004

*/s/ Robert McQueen*
Robert McQueen