UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT McQUEEN )<br><br>Plaintiff, )<br><br>v. )<br>)<br>WOODSTREAM CORPORATION, )<br><br>Defendant. ) | 1:05-cv-02068-RMU |

**PLAINTIFF'S PARTIAL CONSENT MOTION TO ENLARGE TIME TO FILE
OPPOSITION TO DEFENDANT'S MOTION TO DISMISS, OR IN THE
ALTERNATIVE, FOR A MORE DEFINITE STATEMENT**

Now comes plaintiff, Robert McQueen, pro se, and respectfully moves this Court,

pursuant to Rule 6(a) of the Federal Rules of Civil Procedure, for an Order granting plaintiff until

Tuesday, January 9, 2007, to oppose Defendant Woodstream's Motion to Dismiss. Defendant

has consented to an extension until Friday, January 5, 2007, however has stated that an extension

until Tuesday, January 9, 2007, was "on the plaintiff."

Respectfully submitted,

Robert McQueen
Plaintiff, Pro Se
611 Raleigh Place, S.E.
1st Floor
Washington, D.C. 20032
202-562-2013

**RECEIVED**

JAN - 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT McQUEEN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) 1:05-cv-02068-RMU<br>)<br>WOODSTREAM CORPORATION, )<br>)<br>Defendant. )<br>) | |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S PARTIAL CONSENT MOTION TO ENLARGE TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT

Plaintiff needed the additional time to oppose Defendant Motion to Dismiss, or in the Alternative, for a More Definite Statement. Plaintiff is pro se and does not presently have the skill to engage in this pleading practice. Plaintiff has unsuccessfully sough to obtain counsel. Plaintiff respectfully requests the Court's indulgence.

Respectfully submitted,

Robert McQueen
Plaintiff, Pro Se
611 Raleigh Place, S.E.
1st Floor
Washington, D.C. 20032
202-562-2013

**CERTIFICATE OF SERVICE**

This is to certify the above To Enlarge the Time to File Plaintiff's Opposition to

Defendant's Motion to Dismiss, or, in the Alternative for a More Definite Statement, was mailed,

postage prepaid, this 9th day of January, 2007 to the following counsel:


Harvey B. Jacobson, Jr., Esquire
JACOBSON HOLMAN, PLLC
400 Seventh Street, NW
Suite 450
Washington, DC 20004

Robert McQueen

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROBERT McQUEEN               ) | |
|                  ) | |
|        Plaintiff,     ) | |
|                  ) | |
| v.                 ) | 1:05-cv-02068-RMU |
|                  ) | |
| WOODSTREAM CORPORATION, ) | |
|                  ) | |
|        Defendant.    ) | |

**ORDER**

This Court, have considered Plaintiffs's Motion for Enlargement of Time until January 9, 2007, to Oppose Defendant's Motion to Dismiss, or in the alternative, for a More Definite Statement, and for the reasons stated therein, hereby grants said motion.

_____
U.S. District Court Judge

Copies to:

Robert McQueen
611 Raleigh Place, S.E.
1st Floor
Washington, D.C. 20032

Harvey B. Jacobson, Jr., Esquire
JACOBSON HOLMAN, PLLC
400 Seventh Street, NW
Suite 450
Washington, DC 20004