UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT McQUEEN      )<br>                                )<br>       Plaintiff,           )<br>                                )<br>v.                              )<br>                                )<br>                                )<br>WOODSTREAM CORPORATION,  )<br>                                )<br>       Defendant.          )<br>                                )<br>                                ) | 1:05-cv-02068-RMU |

## PRAECIPE

Now comes Plaintiff, Robert McQueen, and respectfully responds to a footnote in defendant's Reply brief concerning plaintiff being assisted by counsel. Plaintiff has fortunately been able to get some assistance from a friend who is an attorney licensed to practice in the District of Columbia. This friend has a full time employer, a very demanding high level position, and a background in litigation in another field of law. He tells plaintiff that he will try to assist as a friend as much as he can, but that he is unavailable to assist on a regular and predictable basis, and that he lacks the patent or intellectual property expertise needed to address technical issues raised by the defendant in this matter, such as, for example, "preemption under patent law." Plaintiff will aggressively endeavor to comply with the Court's rules, but he is basically on my own and is doing his best.

Respectfully submitted,

Robert McQueen

RECEIVED
JAN 2 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

611 Raleigh Place, S.E.
1st Floor
Washington, D.C. 20032
202-562-2013

## CERTIFICATE OF SERVICE

This is to certify the above Praecipe addressing assistance of counsel, was mailed, postage prepaid, this 22nd day of January, 2007 to the following counsel:

Harvey B. Jacobson, Jr., Esquire
JACOBSON HOLMAN, PLLC
400 Seventh Street, NW
Suite 450
Washington, DC 20004

_____
Robert McQueen