UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT McQUEEN )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>)<br>)<br>WOODSTREAM CORPORATION, )<br>)<br>Defendant. )<br>)<br>) | 1:05-cv-02068-RMU |

RECEIVED

MAR 0 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL STATEMENT TO ITS OPPOSITION TO DEFENDANT MOTION TO DISMISS

Now comes Plaintiff, Robert McQueen, and respectfully moves for leave to provide copies of documents referred to in his Opposition to Defendant Motion to Dismiss. Plaintiff believes the documents will aid the Court in reaching a decision. Plaintiff has requested consent from the defendant's counsel, and awaits a response.

Respectfully submitted,

*/s/ Robert McQueen*

Robert McQueen
611 Raleigh Place, S.E.
1st Floor
Washington, D.C. 20032
202-562-2013

## CERTIFICATE OF SERVICE

This is to certify the above Supplemental Statement was mailed, postage prepaid, this 5th day of March, 2007 to the following counsel:

>Paul L. O"Neill, Esquire
>JACOBSON HOLMAN, PLLC
>400 Seventh Street, NW
>Suite 450
>Washington, DC 20004

Robert McQueen