UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT McQUEEN ) ) Plaintiff, ) ) v. ) ) WOODSTREAM CORPORATION, ) ) Defendant. ) ) ) | 1:05-cv-02068-RMU |

**ORDER**

This Court, have considered Plaintiffs's Motion for Leave to Supplement its Opposition to Defendant's Motion to Dismiss, and for the reasons stated therein, hereby grants said motion.

_____
U.S. District Court Judge

Copies to:

Robert McQueen
611 Raleigh Place, S.E.
1st Floor
Washington, D.C. 20032

Philip L. O'Neill, Esquire
JACOBSON HOLMAN, PLLC
400 Seventh Street, NW
Suite 450
Washington, DC 20004