RECEIVED

MAR - 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT McQUEEN<br><br>Plaintiff,<br><br>v.<br><br>WOODSTREAM CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)   1:05-cv-02068-RMU<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S SUPPLEMENTAL STATEMENT TO ITS OPPOSITION TO DEFENDANT MOTION TO DISMISS

Now comes Plaintiff, Robert McQueen, and respectfully submits the following information for the Court to consider in connection with the pending Motion to Dismiss. Plaintiff attaches four exhibits hereto. The first exhibit is a copy of the letter received by plaintiff's representative, Leroy T. Jenkins, Jr., after he completed arrangements to present my technology to Woodstream's Vice President, J. Hibbard Robertson dated January 21, 1992. The second exhibit is a copy of the letter sent to my representative after he met with Mr. Robertson. The third exhibit is a copy of the letter sent by Mr. Jenkins to Mr. Robertson addressing his requests for samples of my technology and requesting that Woodstream not circumvent or profit from knowledge gained from exposure to the samples of my technology. The fourth exhibit is a copy of the advertisement from which I first learned about Woodstream's product that adopted my technology.

I believe seeing these documents would be helpful to the Court.

Plaintiff has also attempted to confirm statements made by Woodstream in its Motion to Dismiss concerning patents it holds on products similar to my technology. I have been unable to locate any of those patents through a search on line. Woodstream cites to U.S. Patent No. 4102448 as a Repeating Animal Trap. However, an on-line search of that Patent Number reveals a Conveying Apparatus, Including Tilting Support Structures. Perhaps Woodstream can supplement its pleadings with copies of the patents to which it refers.

Respectfully submitted,

*/s/ Robert McQueen*

Robert McQueen
611 Raleigh Place, S.E.
1st Floor
Washington, D.C. 20032
202-562-2013

## CERTIFICATE OF SERVICE

This is to certify the above Supplemental Statement was mailed, postage prepaid, this 5th day of March, 2007 to the following counsel:

Paul L. O"Neill, Esquire
JACOBSON HOLMAN, PLLC
400 Seventh Street, NW
Suite 450
Washington, DC 20004

*/s/ Robert McQueen*
Robert McQueen

Case 1:05-cv-02266-RMU   Document 2-12   Filed 03/27/2007   Page 3 of 8

Exhibit #1



69 N. Locust Street
P.O. Box 327
Lititz, PA 17543-0327
(717) 626-2125
FAX: (717) 626-1912

January 21, 1992

Mr. Leroy Jenkins
1400 Newton Street N.E.
Washington, DC 20017

Dear Leroy:

It was nice meeting you on the phone today, and I look forward to seeing you at 11:00 a.m. on February 14.

Attached please find directions starting in York and terminating at Woodstream.

Sincerely,

J. Hibbard Robertson
Vice President
Pest Control Division

JHR/vb
Attachment

  woodstream   Old Pal.      Trump


Exhibit #2


woodstream
An EKCO Group Company

69 N. Locust Street
P.O. Box 327
Lititz, PA 17543-0327
(717) 626-2125
FAX: (717) 626-1912

February 14, 1992

Mr. Leroy T. Jenkins, Jr.
Jenkins & Williams
1400 Newton Street, N.E.
Washington, DC 20017

Dear Leroy:

We certainly enjoyed meeting you today, and I very much appreciate your driving through bad weather to come to Lititz.

The "Silent George" product you showed us has merit, and we would like to evaluate it further. We intend to field test the item and "cost it out" as soon as we receive one dozen samples from you. These samples should be complete with glue boards.

Assuming we can price this product profitably after reaching some suitable arrangement with you and Mr. McQueen, we see both consumer and PCO trade possibilities for Silent George.

We feel we can both manufacture and sell the product but we would require exclusive marketing rights for the U.S. and Canada.

Looking forward to the receipt of samples.

Sincerely yours,

J. Hibbard Robertson
Vice President
Pest Control Division

JHR/vb
CC: J. Weinstein


Victor   Havahart   woodstream   Old Pal   [illegible]   Trump

Exhibit #3

**LEROY T. JENKINS, JR., ESQUIRE**
JENKINS & WILLIAMS
1400 NEWTON STREET, N.E.
WASHINGTON, D.C. 20017-3009
202-635-2275

LANIER E. WILLIAMS, ESQUIRE
3901 MARKET STREET, SUITE 12
BOX 1945
PHILADELPHIA, PA 19104
(215) 222-9040

OF COUNSEL:
ROBINSON & GERALDO, P.C.
1316 PENNSYLVANIA AVENUE, S.E.
WASHINGTON, D.C. 20003
(202) 544-2866

February 25, 1992

Mr. J. Hibbard Robertson
Vice President, Pest Control Division
Woodstream
P.O. Box 327
Lititz, PA 17543-0327

    Re: "Silent George"

Dear Mr. Robertson:

    Attached is a copy of the patent for the above referenced device. A dozen samples of Silent George and sufficient panels for two complete changes were shipped under separate cover.

    I believe we can establish sufficient understanding through our letters regarding use, protection, confidentiality and non-circumvention governing our young relationship and the future use of Silent George or our other inventions. We trust your relationship with us will be honest and professional. We trust you will not disclose Silent George without adequate protection. We trust you will not attempt to circumvent us or profit or permit others to profit from knowledge gained from exposure to Silent George.

    We ask that you obtain non-disclosure/non-circumvention protection from any third parties with whom you may share Silent George, to the extent you do not already have such, under which we are third party beneficiaries.

    We understand you will test Silent George and cost it out for production and marketing. I have related all aspects of our meeting and your letter of February 14, 1992, to Robert McQueen. He fully supports our going forward.

    If you have any questions, please contact me. I am very familiar with Silent George and the tests we have conducted or monitored. I can probably answer all questions about it, or I will direct you to our engineer regarding any technical matters.

Exhibit #3

2

Thank you very much for this opportunity. I hope we have a long business relationship between us.

Sincerely,

*[signature]*

Leroy T. Jenkins, Jr.

cc: Robert McQueen

Attachment

Case 1:05-cv-02668-RMU    Document 212    Filed 03/20/2007    Page 7 of 8
Exhibit #4

- MONKEYPOX SERVES AS SAFETY REMINDER, PAGE 12
- MICE, SNAP TRAPS AND MCTs, PAGE 28

# PCT

August 2003 | www.pctonline.com

**ALSO IN THIS ISSUE:**
**Arachnids With The Fiery Tail**
**Lights, Camera, Action!**
**Lead Clubs "Lead" The Way**

# Into the Void

*See page 49 for tips regarding the control of yellowjackets in building cavities*

## NPMA FIELD GUIDE RELEASED IN SPANISH

DUNN LORING, Va. — The National Pest Management Association's *Field Guide to Structural Pests* has been translated into Spanish.

"Spanish-speaking pest management professionals have a new resource for pest identification," said Rob Lederer, executive vice president, NPMA. "The exhaustive details and color photos will help them serve their customers quickly and professionally."

The Spanish NPMA Field Guide, which is sponsored by BASF, was translated by experts in pest management and Spanish and includes the 16 sections from the English version.

For more information and/or to order visit www.pestworld.org/store or call 800/678-6722.

ers in the professional pest management, animal health and agricultural market segments.

• Kelly Bornhofer, director, administration — Bornhofer is developing Liphatech's relationships with private-label partners, as well as managing Liphatech's state-of-the-art information system.

• Jay Horn, finance manager — Horn has considerable expertise in managing operations in corporate and multi-plant environments, with a strong focus on improving manufacturing productivity.

• Tom Schmitt, regulatory compliance manager — Schmitt ensures all company products meet federal and state regulations.

## SYNGENTA LAUNCHES NEW IMPASSE WEB SITE

GREENSBORO, N.C. — Pest management professionals have a new Web resource providing pest control information from Syngenta — www.impasse.com.



The new Impasse.com Web site gives users access to the most comprehensive information about Impasse products, including the latest Impasse news, termite facts, industry links and technical datasheets. The new site is now divided into three customized sections — builders/architects, consumers and pest management professionals, enabling users to effortlessly access only the most relevant information that fits their needs.

In addition, site users will be able to use a "PMP Finder" feature in order to conveniently locate the nearest pest management professional offering Impasse products. A similar finder allowing users to find builders using Impasse products will be part of the site, as well.

The Impasse.com Web site will continue to expand with new product and

Exhibit #4

# Multiple Catch... Multiple Choice

Multiple trap options from the long-established trapping experts at Victor®. Now choose from a family of professional multiple catch traps. Whatever your need or preference, Victor® has the rodent control tools you can rely on.

- Tin Cat - M308, M312
- Poly Cat - M408
- Mini Cat - M307
- Multi Cat - M417, M419

Contact your Woodstream distributor or call 1(800)800-1819 for more information.





Visit our web site at www.woodstream.com



use reader service #31