# WOODSTREAM EXHIBIT A




**PROMPT PROFESSIONAL SERVICE**

*Robin Services*

Pest Control, Termite Control
611 Raleigh Place S.E., Washington, DC 20032
(202) 562-2013   FAX (202) 563-5326

Phillip L. O'Neil
Jacobson Holman
400 Seventh Street, NW
Washington, DC 20004-2218

April 6, 2007

Dear Mr. O'Neil

    Thank you for your letter. I do not agree that venue properly lies outside of the U.S. District Court for the District of Columbia. Neither I, nor my associate, Mr. Jenkins, had any contacts outside of this District beyond Mr. Jenkins' one time visit to your client's headquarters. His attendance was the result of an invitation from your client. Other than the visit, all other contact was directed to and from us in the District of Columbia. Venue is properly here in the District of Columbia.

## [Redacted]

Sincerely,

*Robert McQueen* (signature)

Robert McQueen