

69 N. Locust Street
P.O. Box 327
Lititz, PA 17543-0327
(717) 626-2125
FAX: (717) 626-1912

January 21, 1992

Mr. Leroy Jenkins
1400 Newton Street N.E.
Washington, DC 20017

Dear Leroy:

It was nice meeting you on the phone today, and I look forward to seeing you at 11:00 a.m. on February 14.

Attached please find directions starting in York and terminating at Woodstream.

Sincerely,

J. Hibbard Robertson
Vice President
Pest Control Division

JHR/vb
Attachment



J. Hibbard Robertson
Vice President & General Manager
Pest Control Products

P.O. Box 327
Lititz, PA 17543-0327

(717) 626-2125 Ext. 254
(800) 233-0277
FAX (717) 626-1912



Victor  Havahart  woodstream  Old Pal  EKCO  Trump

FROM YORK, PA

* Take Route 30 East to Lancaster

* At Junction of Route 30 and Route 501, take 501 North.

* Follow 501 North for about six miles.

* At Junction of 501 and Route 772, turn right onto 772 East. This will be at Main Street.

* Follow 772 East to second traffic light and turn left onto Locust Street.

* Woodstream is at bottom of the hill.



59 N. Locust Street
P.O. Box 327
Lititz, PA 17543-0327
(717) 626-2125
FAX: (717) 626-1912

February 14, 1992

Mr. Leroy T. Jenkins, Jr.
Jenkins & Williams
1400 Newton Street, N.E.
Washington, DC 20017

Dear Leroy:

We certainly enjoyed meeting you today, and I very much appreciate your driving through bad weather to come to Lititz.

The "Silent George" product you showed us has merit, and we would like to evaluate it further. We intend to field test the item and "cost it out" as soon as we receive one dozen samples from you. These samples should be complete with glue boards.

Assuming we can price this product profitably after reaching some suitable arrangement with you and Mr. McQueen, we see both consumer and PCO trade possibilities for Silent George.

We feel we can both manufacture and sell the product but we would require exclusive marketing rights for the U.S. and Canada.

Looking forward to the receipt of samples.

Sincerely yours,

J. Hibbard Robertson
Vice President
Pest Control Division

JHR/vb
CC: J. Weinstein

Victor    Havahart    woodstream    Old Pal.    EKCO    Trump

**LEROY T. JENKINS, JR., ESQUIRE**
JENKINS & WILLIAMS
1400 NEWTON STREET, N.E.
WASHINGTON, D.C.   20017-3009
202-635-2275

LANIER E. WILLIAMS, ESQUIRE
3901 MARKET STREET, SUITE 12
BOX 1945
PHILADELPHIA, PA 19104
(215) 222-9040

OF COUNSEL:
ROBINSON & GERALDO, P.C.
1316 PENNSYLVANIA AVENUE, S.E.
WASHINGTON, D.C. 20003
(202) 544-2888

February 20, 1992

Mr. J. Hibbard Robertson
Vice President, Pest Control Division
Woodstream
P.O. Box 327
Lititz, PA   17543-0327

    Re:   "Silent George"

Dear Mr. Robertson:

    Attached is a copy of the patent for the above referenced device. A dozen samples of Silent George and sufficient panels for two complete changes were shipped under separate cover.

    I believe we can establish sufficient understanding through our letters regarding use, protection, confidentiality and non-circumvention governing our young relationship and the future use of Silent George or our other inventions. We trust your relationship with us will be honest and professional. We trust you will not disclose Silent George without adequate protection. We trust you will not attempt to circumvent us or profit or permit others to profit from knowledge gained from exposure to Silent George.

    We ask that you obtain non-disclosure/non-circumvention protection from any third parties with whom you may share Silent George, to the extent you do not already have such, under which we are third party beneficiaries.

    We understand you will test Silent George and cost it out for production and marketing. I have related all aspects of our meeting and your letter of February 14, 1992, to Robert McQueen. He fully supports our going forward.

    If you have any questions, please contact me. I am very familiar with Silent George and the tests we have conducted or monitored. I can probably answer all questions about it, or I will direct you to our engineer regarding any technical matters.

2

Thank you very much for this opportunity. I hope we have a long business relationship between us.

Sincerely,

Leroy T. Jenkins, Jr.

cc: Robert McQueen

Attachment