# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT McQUEEN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:05-cv-02068-RMU |
| ) | |
| WOODSTREAM CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## AFFIDAVIT OF LEROY T. JENKINS, JR.

1. My name is Leroy T. Jenkins, Jr.

2. I am an attorney licensed to practice in the District of Columbia.

3. I am currently a Senior Associate General Counsel with Howard University, a full time position.

4. At all times pertinent to this matter, however, I was in private practice, residing and practicing out of my home located at that time at 1400 Newton Street, N.W., Washington, D.C. 20017, (202)635-2275.

5. Since 1988, I have worked with Robert McQueen, majority owner and President of Robin Services, Inc., a corporation who sole purpose is to develop and market pest control products.

6. While in private practice, my role was to provide Mr. McQueen with legal advice in the forming and running of his corporation, to provide assistance in raising funds for the manufacture and marketing of his products, and to attend to general legal matters.

7. While performing these duties, I had occasion to provide some information for inclusion in my law school alumni magazine in 1991. I included in the information the fact that I was associated with a non-toxic pest control company.

Page 1 of 3

8. A former law school classmate, Jeffrey Weinstein, spotted the information about me in the magazine, and called me in Washington, D.C. from his office. My best recollection is that at that time his office was in Nashua, New Hampshire.

9. Mr. Weinstein proceeded to inform me that he worked for a holding company and that one of their holdings was a pest control company, Woodstream, Inc., and that it may be mutually beneficial for me to meet with Woodstream and present RSI's products. He told me that I would be contacted by a representative from Woodstream.

10. Shortly after that telephone call, I received a telephone call from J. Hibbard Robertson, Vice President, Pest Control Division, Woodstream. We briefly discussed the product that RSI had produced, and he invited me to come to Lititz, Pennsylvania to demonstrate the product to him. He confirmed this by letter dated January 21, 1992, and sent to me in Washington, D.C., a copy of which is attached hereto.

11. On February 14, 1992, I traveled by automobile to Lititz, Pennsylvania to meet with Mr. Robertson. I initially presented Robert McQueen's product to Mr. Robertson, and later to two individuals he invited to a table in an open area outside of his office. I also talked to him about a possible joint venture marketing the product, and that RSI was amenable to any modifications that Woodstream believed would make the product more marketable.

12. All three individuals expressed interest in the product. Mr. Robertson told me that he would like to have twelve samples, that Woodstream would further evaluate the product and get back to me. This, too, was confirmed in a letter sent to me in Washington, D.C., a copy of which is attached hereto.

13. On February 15, 1992, I met with Robert McQueen at his office in Southeast Washington, D.C., debriefed him on my meeting with Mr. Robertson, and conveyed Mr. Robertson's desire to obtain twelve samples of RSI's product.

14. On February 17, 1992, I received a letter from Mr. Robertson, thanking me for my visit and confirming the parameters of a financial arrangement should it go further with it, a copy of which is attached hereto.

15. Mr. McQueen concurred in providing the samples, and I conveyed this information to Mr. Robertson by letter sent to him from Washington, D.C. dated February 20, 1992, a copy of which is attached hereto. The samples were sent under separate cover.

16. I followed up on Woodstream's progress in evaluating Mr. McQueen's product at least two times by placing telephone calls from Washington, D.C. to Mr. Robertson in Lititz, Pennsylvania. I made no further trips to Lititz, Pennsylvania beyond the one trip I was

invited to make.

I affirm that the above factual statements are true and correct to the best of my information and belief.

Respectfully submitted,

Leroy T. Jenkins, Jr.

Sworn to and subscribed to before me
__10th__ day of April, 2007.

Notary

My Commission expires: 8/14/08