UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT McQUEEN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)     1:05-cv-02068-RMU<br>)<br>WOODSTREAM CORPORATION, )<br>)<br>Defendant. )<br>) | |

PLAINTIFF'S REPLY ON VENUE

Today is the Court scheduled date for the parties to submit Reply Briefs on the issue of the appropriate venue for this matter. As of today, Plaintiff has not received from the defendant a Response to Plaintiff's Brief on Venue. Accordingly, there is nothing to which a reply is due. Plaintiff, however, submits to this Court that the factual issues presented by the plaintiff in the Affidavit from Leroy T. Jenkins, Jr., in his Brief on Venue have been conceded. Plaintiff believes that those facts support the District of Columbia as the appropriate venue for the further litigation of this matter.

Plaintiff also draws to the Court's attention the fact that plaintiff's assertions in his Response concerning misstatements and fabrications of facts by the defendant have gone unchallenged. The Court should include this observation in its dispositions of matters brought to its attention in this case, including defendant's pending Motion to Dismiss. That motion, which contains untrustworthy facts, should be denied.



RECEIVED

MAY 1 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

As stated in plaintiff's Response, defendant's lack of a factual basis for a finding that venue is properly in Pennsylvania, coupled with the several misstatement of "facts" to this Court, coupled with the undue hardship that would be suffered by a plaintiff of limited means were he would be forced to prosecute his case in a foreign jurisdiction, should serve to have this Court retain jurisdiction over this matter. Further, defendant's pending Motion to Dismiss should be denied.

Respectfully submitted,

Robert McQueen
Plaintiff, Pro Se
611 Raleigh Place, S.E., 1st Floor
Washington, D.C. 20032
(202) 562-2013

## CERTIFICATE OF SERVICE

This is to certify the above Plaintiff's Response Brief on Venue was mailed, postage prepaid, this 18th day of May, 2007 to the following counsel:

Paul L. O"Neill, Esquire
JACOBSON HOLMAN, PLLC
400 Seventh Street, NW
Suite 450
Washington, DC 20004

Robert McQueen