THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT MCQUEEN, | : |
| Plaintiff, | : Civil Action No.: 05-2068 |
| v. | : |
| | : Document No.: 13 |
| WOODSTREAM CORPORATION, | : |
| Defendant. | : |

## ORDER

For the reasons explained in the court's simultaneously issued memorandum opinion, it is this 10th day of August, 2007,

**ORDERED** that the defendant's motion to dismiss the breach-of-contract claim is **GRANTED**; and it is

**ORDERED** that the defendant's motion for a more definite statement of the plaintiff's claim of fraudulent misrepresentation is also **GRANTED**.

RICARDO M. URBINA
United States District Judge