UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROBERT MCQUEEN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.  1:05-CV-2068 |
| | ) | |
| v. | ) | |
| | ) | Document No. |
| WOODSTREAM CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

Upon consideration of Defendant Woodstream Corporation's Renewed Motion to Dismiss, and all other matters of record, it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that the claim of fraudulent misrepresentation is dismissed with prejudice; and it is further

ORDERED, that the Clerk shall close this case.

_____
Ricardo M. Urbina
United States District Judge