UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

**RECEIVED**

DEC 20 2007

Clerk, U.S. District and
Bankruptcy Courts

ROBERT McQUEEN )
)
Plaintiff, )
)
v. )
) 1:05-cv-02068-RMU
)
WOODSTREAM CORPORATION, )
)
Defendant. )
)
)

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S RENEWED MOTION TO DISMISS AND REQUEST FOR LEAVE TO LATE FILE MORE DEFINITE STATEMENT

Now comes plaintiff, Robert McQueen, pro se, and opposes defendant's Renewed Motion to dismiss. Plaintiff also asks this Court leave to permit the late filing of this More Definite Statement.

In support of this Opposition and Request for Leave, Plaintiff states that he is proceeding pro se and did not know how to respond to the Court's Order requiring a more definite statement. Plaintiff is not a lawyer and did not know how to add to the language already set forth in his Amended Complaint to meet the requirements of the Court's Order. Plaintiff had been regularly contacting his colleague for assistance, but his colleague was promoted in his full time position with Howard University, and has been unavailable to assist the plaintiff since the beginning of the school year.

When plaintiff received the defendant's motion, he called his colleague again and implored him to help. Whereupon, plaintiff finally received assistance. Plaintiff points this

Court to the fact, that plaintiff has, with one exception, met all other deadlines of this Court. Plaintiff requests that the Court consider this as an excusable reason for the delay in filing.

Respectfully submitted,

_____
Robert McQueen
Plaintiff, Pro se

## CERTIFICATE OF SERVICE

This is to certify the above Plaintiff's Opposition to Defendant's More Definite Statement and Request for Leave to Late File was mailed, postage prepaid, this 20th day of December, 2007 to the following counsel:

Paul L. O"Neill, Esquire
JACOBSON HOLMAN, PLLC
400 Seventh Street, NW
Suite 450
Washington, DC 20004

_____
Robert McQueen