UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT McQUEEN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:05-cv-02068-RMU |
| ) | |
| WOODSTREAM CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S AMENDED MORE DEFINITE STATEMENT

Now comes plaintiff, Robert McQueen, pro se, and amends his More Definite Statement to add the following in light of recent statements made by defendant's counsel. Plaintiff also asserts that he did read the Court's General Orders, as instructed, but was unaware of the time limitations on a More Definite Statement. Plaintiff has not made it a practice of missing the Court's deadlines.

Defendant's counsel says that plaintiff has failed to set forth the technology that is at issue in this case and has failed to identify the products into which the defendant has incorporated that technology. The technology is **a fully enclosed permenant glue trap with desposable glue panels for crawling pests and mice**, as explained in several briefs filed with this court, and in the original complaint. No such technology existed at the time it was shown to Woodstream representatives. Moreover, this technology was subsequently incorporated into the following Woodstream products; M408 Poly Cat, M[...]d Lid Tin Cat, M308 Clear Lid Tin Cat and the M411 Coner Cat without the

RECEIVED
JAN - 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

knowledge or consent of plaintiff

                              Respecifully submitted

                              Robert McQueen
                              Plaintiff, Pro se

## CERTIFICATE OF SERVICE

This is to certify the above Plaintiff's Amended More Definite Statement was mailed, postage prepaid, this 4th day of January, 2008, to the following counsel.

                Paul L. O"Neill, Esquire
                JACOBSON HOLMAN, PLLC
                400 Seventh Street, NW
                Suite 450
                Washington, DC 20004

                              Robert McQueen