UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| ROBERT MCQUEEN, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 05-2068 (RMU) |
| | : | | |
| v. | : | | |
| | : | Document Nos.: | 28, 30 |
| WOODSTREAM CORPORATION, | : | | |
| | : | | |
| Defendant. | : | | |

## MEMORANDUM OPINION

### DENYING THE DEFENDANT'S RENEWED MOTION TO DISMISS; GRANTING THE PLAINTIFF'S MOTION FOR LEAVE TO LATE FILE DEFINITE STATEMENT

For the reasons stated in this court's Memorandum Opinion separately and contemporaneously issued this 10th day of March, 2008, it is hereby

**ORDERED** that the defendant's renewed motion to dismiss is **DENIED**, and it is

**FURTHER ORDERED** that the plaintiff's motion for leave to file late is **GRANTED**;

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge