UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT McQUEEN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>WOODSTREAM CORPORATION, )<br>)<br>Defendant. )<br>)<br>)  | 1:05-cv-02068-RMU |

### PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTERCLAIM

Defendant has included in its Answer to Plaintiff's Amended Complaint, a Counterclaim. The Counterclaim begins at paragraph 18 of its Answer. Plaintiff answers as follows regarding the Counterclaim:

18. Admitted.

19. Admitted.

20. Objection. Irrelevant. Without withdrawing the objection, it is admitted.

21. Objection. Irrelevant. Also calls for a conclusion of law. Without withdrawing the objections, plaintiff and his former counsel admits that he did meet with counsel for defendant. The remainder of defendant assertions are denied.

22. Objection. Irrelevant. Calls for conclusions of law. Further, without withdrawing the objections, it is denied.

23. Objection. Irrelevant. Calls for conclusions of law. Further, without withdrawing the objections, it is denied.

**RECEIVED**

APR - 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

24. Objection. Irrelevant. Calls for conclusions of law. Further, without withdrawing the objections, it is denied.

25. Objection. Irrelevant. Calls for conclusions of law. Further, without withdrawing the objections, it is denied.

Respectfully submitted,

*/s/ Robert McQueen/*

Robert McQueen
Plaintiff, Pro Se
611 Raleigh Place, S.E., 1st Floor
Washington, D.C. 20032
(202) 562-2013

## CERTIFICATE OF SERVICE

This is to certify the above Plaintiff's Answer to Defendant's Counterclaim was mailed, postage prepaid, this 2nd. day of April, 2008 to the following counsel:

Phillip L. O'Neill, Esquire
JACOBSON HOLMAN, PLLC
400 Seventh Street, NW
Suite 450
Washington, DC 20004

*/s/ Robert McQueen/*
Robert McQueen