**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROBERT MCQUEEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WOODSTREAM CORPORATION, )<br>)<br>Defendant. )<br>_____) | Civil Action No.  1:05-CV-2068<br><br>Judge Ricardo M. Urbina |

**JOINT PROPOSED DISCOVERY PLAN AND PRETRIAL SCHEDULE**

1. Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.3, representatives of the parties identified below have conferred about the discovery plan and pretrial schedule proposed herein, and now jointly submit this report:

> Robert McQueen, pro se.

> Philip L. O'Neill, lead counsel for Defendant Woodstream Corporation.

2. Motions to amend to add parties shall be filed no later than twenty (20) days after the initial conference, or by no later than February 25, 2009.

3. The Initial Disclosures required under Fed. R. Civ. 26(a) should be made within ten (10) days after the initial conference, or by no later than February 16, 2009.

4. Discovery is needed on all issues relating to McQueen's claim of liability for fraudulent misrepresentation and damages; and Woodstream contends that discovery is needed

on all issues relating to Woodstream's counterclaim for declaratory judgment that it did not infringe, contributorily infringe and/or induce infringement of U.S. Patents Nos. 4,709,503 and 4,815,231. McQueen contends that the counterclaim is no longer a claim in this case and therefore that no discovery is needed on the counterclaim. Phased or bifurcated discovery is not needed. No special privilege issues are expected.

5. The parties will serve initial sets of interrogatories, document requests and requests for admission within thirty (30) days after the initial conference, or by no later than March 9, 2009. A party receiving any discovery request shall serve its objections, if any, to such request within fifteen (15) days of receipt.

6. Fact discovery shall be completed within 180 days of the initial conference, or by no later than August 7, 2009.

7. The parties shall designate principal expert witnesses by June 5, 2009 and rebuttal experts by June 26, 2009. Reports from principal experts under Fed. R. Civ. 26(a)(2) shall be served by August 10, 2009. Any rebuttal reports shall be served by September 11, 2009. Expert discovery shall close by October 30, 2009.

8. Summary judgment motions may be filed and served at any time but no later than twenty (20) days following close of expert discovery.

9. A final pretrial conference should be scheduled by the Court.

10. McQueen consents but Woodstream does not consent to assignment of this case to a Magistrate Judge for any or all purposes including trial.

11. The parties request setting of trial for a date convenient for the Court after conducting the final pretrial conference. Trial of this case is expected to take approximately three (3) days.

12. The parties have discussed settlement but remain far apart in their positions. Woodstream is ready and willing to participate in court-sponsored mediation and/or early neutral evaluation at the earliest possible time. McQueen agrees to mediation or neutral evaluation only after damages discovery is completed. If mediation or neutral evaluation is ordered, the parties also agree that all pretrial proceedings including discovery should be stayed during any such dispute resolution process and a new schedule for pretrial discovery, if necessary, be set after the process is concluded.

Respectfully submitted,

| | |
|---|---|
| Robert McQueen | Philip L. O'Neill (No. 941823) |
| / s / | / s / |
| _____ | _____ |
| 611 Raleigh Place, S.E. | JACOBSON HOLMAN PLLC |
| Washington, D.C. 20032 | 400 Seventh St., N.W. |
| (202) 562-2013 | Washington, D.C. 20004-2218 |
| Robin1110@verizon.net | (202) 626-4681 |
| | poneill@jhip.com |